# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LANDMARK TECHNOLOGY A, LLC,<br><br>　　　　Defendant. | Case No. 2:21-cv-00728-RSM<br><br>**ORDER TO STAY PROCEEDINGS PENDING MOTION TO REMAND**<br><br>NOTE FOR MOTION CALENDAR:<br>June 22, 2021 |

　　This matter comes before the Court on the parties' Stipulated Motion to Stay Proceedings Pending Motion to Remand. After considering the parties' Stipulated Motion, the Court finds good cause for staying all proceedings and striking pending deadlines pending resolution of the State's Motion to Remand (Dkt. No. 5).

　　Therefore, the Court orders that:

　　1. All proceedings in this case, except with respect to the State's Motion to Remand (Dkt. No. 5), are temporarily stayed until the Court enters an order on the Motion to Remand;

　　2. All pending deadlines, except for those directly related to the Motion to Remand, are stricken;

ORDER TO STAY PROCEEDINGS—1
[2:21-cv-00728-RSM]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

3. In the event the Court denies the Motion to Remand, the stay of proceedings entered pursuant to this Order shall be automatically lifted, and the following deadlines shall be automatically set:

Deadline for FRCP 26(f) Conference: 28 days from entry of an order denying the Motion to Remand.

Initial Disclosures Pursuant to FRCP 26(a)(1): 35 days from entry of an order denying the Motion to Remand.

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 42 days from entry of an order denying the Motion to Remand.

4. Also, in the event the Court denies the Motion to Remand, Landmark's deadline to respond to the Complaint shall be 21 days after such order denying the Motion to Remand.

IT IS SO ORDERED.

DATED this 22nd day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO STAY PROCEEDINGS—2
[2:21-cv-00728-RSM]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800