The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>LANDMARK TECHNOLOGY A, LLC,<br><br>　　　Defendant. | Case No. 2:21-cv-00728-RSM<br><br>**DEFENDANT LANDMARK TECHNOLOGY A, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO REMAND**<br><br>NOTE ON MOTION CALENDAR:<br>July 2, 2021 |

　　Under LCR 7(n), Landmark Technology A, LLC submits the following supplemental authority, without argument, in support of its opposition to Plaintiff's Motion to Remand, filed on June 10, 2021 (Dkt. #5), and noted for decision on July 2, 2021:

　　Order Denying Motion to Remand, *Carney v. Washington*, C21-415 MJP, 2021 WL 3205799 (W.D. Wash. July 29, 2021)

　　The supplemental authority is attached hereto as Exhibit A.

DEF.'S NOTICE OF SUPPL. AUTHORITY IN OPP. TO PL.'S MOT. TO REMAND—1
[2:21-cv-00728-RSM]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

| | |
|---|---|
| Dated: September 2, 2021 | Respectfully submitted, |
| | Newman Du Wors LLP |
| | |
| | s/ Derek A. Newman |
| | Derek A. Newman, WSBA No. 26967 |
| | s/ Derek Linke |
| | Derek Linke, WSBA No. 38314 |
| | s/ Jason B. Sykes |
| | Jason B. Sykes, WSBA No. 44369 |
| | 2101 Fourth Avenue, Suite 1500 |
| | Seattle, WA  98121 |
| | Telephone:    206-274-2800 |
| | Facsimile:     206-274-2801 |
| | Email:          *dn@newmanlaw.com* |
| |                    *linke@newmanlaw.com* |
| |                    *jason@newmanlaw.com* |
| | |
| | Counsel for Defendant |
| | Landmark Technology A, LLC |

DEF.'S NOTICE OF SUPPL. AUTHORITY IN OPP. TO PL.'S MOT. TO REMAND—2
[2:21-cv-00728-RSM]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800