The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>LANDMARK TECHNOLOGY A, LLC, and RAYMOND MERCADO, individually,<br><br>    Defendants. | NO. 2:21-cv-00728-RSM<br><br>ORDER GRANTING STATE'S UNOPPOSED MOTION TO AMEND ORDER SETTING TRIAL DATES AND RELATED DATES |

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Amend the Order Setting Trial Dates and Related Dates, and the Court having reviewed the foregoing Motion, and any response or reply. After considering the parties' submissions, and being familiar with the records and files herein, the Court finds good cause to amend the Order Setting Trial Dates and Related Dates, and orders the following:

| CASE EVENTS | CURRENT DATE | NEW DATE |
|---|---|---|
| **BENCH TRIAL DATE** | **November 27, 2023** | **October 21, 2024** |
| Length of Trial | TBD | TBD (unchanged) |

ORDER GRANTING STATE'S UNOPPOSED MOTION TO AMEND ORDER SETTING TRIAL DATES AND RELATED DATES - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | | |
|---|---|---|
| Deadline for joining additional parties | January 3, 2023 | January 3, 2023 (unchanged) |
| Deadline for amending pleadings | January 3, 2023 | January 3, 2023 (unchanged) |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 31, 2023 | April 17, 2024 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | June 30, 2023 | May 3, 2024 |
| Discovery completed by | July 31, 2023 | June 28, 2024 |
| All dispositive motions must be filed and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | August 29, 2023 | July 26, 2024 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | October 13, 2023 | September 13, 2024 |
| All motions in limine much be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | October 30, 2023 | September 27, 2024 |
| Agreed pretrial order due | November 15, 2023 | October 11, 2024 |
| Pretrial conference to be scheduled by the Court | TBD | TBD (Unchanged) |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | November 22, 2023 | October 18, 2024 |

ORDER GRANTING STATE'S UNOPPOSED MOTION TO AMEND ORDER SETTING TRIAL DATES AND RELATED DATES - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

DATED this 24th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Aaron J. Fickes*
AARON J. FICKES, WSBA #51584
BOB HYDE, WSBA #33593
BEN J. BRYSACZ, WSBA #54683
HEIDI C. ANDERSON, WSBA #37603
Assistant Attorneys General
Attorneys for Plaintiff State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

ORDER GRANTING STATE'S UNOPPOSED MOTION TO AMEND ORDER SETTING TRIAL DATES AND RELATED DATES - 3

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744