THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON;

               Plaintiff,

     v.

LANDMARK TECHNOLOGY A, LLC, and
RAYMOND MERCADO, individually,

               Defendants.

NO. 2:21-cv-00728-RSM

DECLARATION OF JUSTIN P. WALSH IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION OF PLAINTIFF'S MOTION FOR RULING REGARDING THE APPLICABLE LEGAL TEST FOR DETERMINING BAD FAITH AND CROSS-MOTION FOR SUMMARY JUDGMENT ESTABLISHING APPLICABLE LEGAL TEST FOR *NOERR-PENNINGTON* IMMUNITY

COMES NOW Justin P. Walsh, under penalty of perjury under the laws of the United States of America, and swears as follows:

1.    I am over the age of eighteen, am competent to be a witness, and am the attorney representing Landmark Technology A, LLC and Raymond Mercado in this suit.

2.    The following exhibits are true and correct copies of the original documents:

a.    Activision's Motion to Enjoin Enforcement, *Activision TV, Inc. v. Pinnacle Bancorp, Inc.*, No. 8:13-cv-00215 (D. Neb. Aug. 19, 2013) (Dkt. 9) (Exhibit 1).

b.    MPHJ's Motion for Memorandum to Enjoin Enforcement, *Activision TV, Inc. v. Pinnacle Bancorp, Inc.*, No. 8:13-cv-00215 (D. Neb. Oct. 8, 2013) (Dkt. 54)

DECL. OF JUSTIN WALSH DEFS.' RESP. IN OPP'N OF PL.'S
MOT. FOR RULING REGARDING THE APPLICABLE LEGAL
TEST FOR DETERMINING BAD FAITH & CROSS-MOT. FOR
SUMM. J. ESTABLISHING APPLICABLE LEGAL TEST FOR
*NOERR-PENNINGTON* IMMUNITY - 1

**Gleam Law, PLLC**
605 First Avenue, Suite 330
Seattle, WA 98104
P: (206) 693-2900
F: (206) 319-4596

1    (Exhibit 2).

2    I swear under penalty of perjury under the laws of the United States of America the

3 foregoing is true and correct.

4

5    DATED this 6th day of May, 2024.

6

7                                                    Gleam Law, PLLC

8

9                                                    /s/ Justin P. Walsh
                                                     Justin P. Walsh, WSBA No. 40696
10                                                   Gleam Law, PLLC
                                                     605 1st Avenue, STE 330
11                                                   Seattle, WA 98104
                                                     justin@gleamlaw.com
12                                                   Tel (206) 983-2900
                                                     Fax (206) 319-4596
13                                                   Of Attorney for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF JUSTIN WALSH DEFS.' RESP. IN OPP'N OF PL.'S
MOT. FOR RULING REGARDING THE APPLICABLE LEGAL
TEST FOR DETERMINING BAD FAITH & CROSS-MOT. FOR
SUMM. J. ESTABLISHING APPLICABLE LEGAL TEST FOR
*NOERR-PENNINGTON* IMMUNITY - 2

**Gleam Law, PLLC**
605 First Avenue, Suite 330
Seattle, WA 98104
P: (206) 693-2900
F: (206) 319-4596

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the United States of America, that on the date noted below, a true and correct copy of the foregoing was delivered and/or transmitted in the manner(s) noted below:

| | | |
|---|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br>AARON J. FICKES, WSBA #51584<br>BEN J. BRYSACZ, WSBA #54683<br>HEIDI C. ANDERSON, WSBA #37603<br>Assistant Attorneys General<br>Attorneys for Plaintiff State of Washington<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104 | *Attorneys for Plaintiff* | [  ] Via Messenger<br>[X] Via Email<br>[  ] Via Certified Mail<br>[  ] Via U.S. Mail<br>[X] Via ECF |

DATED this 6th day of May, 2024.


/s/ Brittany Duplantis
Brittany Duplantis, Legal Assistant

DECL. OF JUSTIN WALSH DEFS.' RESP. IN OPP'N OF PL.'S
MOT. FOR RULING REGARDING THE APPLICABLE LEGAL
TEST FOR DETERMINING BAD FAITH & CROSS-MOT. FOR
SUMM. J. ESTABLISHING APPLICABLE LEGAL TEST FOR
*NOERR-PENNINGTON* IMMUNITY - 3

**Gleam Law, PLLC**
605 First Avenue, Suite 330
Seattle, WA 98104
P: (206) 693-2900
F: (206) 319-4596