The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>LANDMARK TECHNOLOGY A, LLC and RAYMOND MERCADO, individually,<br><br>Defendants. | NO. 2:21-cv-00728-RSM<br><br>STIPULATED MOTION RE: BRIEFING SCHEDULE ON CROSS MOTIONS<br><br>NOTE ON MOTION CALENDAR: WEDNESDAY, MAY 8, 2024 |

## STIPULATION

Pursuant to LCR 7(k), Plaintiff State of Washington ("State") and Defendants Landmark Technology A, LLC ("Landmark") and Raymond Mercado (collectively, "the Parties") hereby agree to the following briefing schedule for the State's Motion for Ruling Regarding the Applicable Legal Test for Determining Bad Faith ("State's Motion"), filed on April 18, 2024, and Landmark's Response in Opposition to State of Washington's Motion for Ruling Regarding the Applicable Legal Test for Determining Bad Faith and Cross-Motion for Summary Judgment Establishing Applicable Legal Test for *Noerr-Pennington* Immunity ("Landmark's Motion"), filed on May 6, 2024:

STIPULATED MOTION RE: BRIEFING
SCHEDULE ON CROSS MOTIONS – 1
CASE NO. 2:21-cv-00728-RSM

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | | |
|---|---|---|
| 1 | State's Combined Reply and Response Brief: | May 28, 2024 |
| 2 | Landmark's Reply Brief: | June 3, 2024 |

The Parties further agree that the Court may hear both the State's Motion and Landmark's Motion on June 3, 2024.

DATED: May 8, 2024

    */s/ Bob Hyde*
AARON J. FICKES, WSBA #51584
BEN J. BRYSACZ, WSBA #54683
HEIDI C. ANDERSON, WSBA #37603
ROBERT HYDE, WSBA #33593
MICHAEL HALL, WSBA #19871
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

*Attorneys for Plaintiff*

DATED: May 8, 2024

    */s/ Justin P. Walsh (with permission)*
JUSTIN P. WALSH, WSBA #40696
Gleam Law, PLLC
605 First Avenue, Suite 330
Seattle, WA 98104
(206) 693-2900

*Attorney for Defendants*

STIPULATED MOTION RE: BRIEFING
SCHEDULE ON CROSS MOTIONS – 2
CASE NO. 2:21-cv-00728-RSM

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: _____

6  _____
   HON. RICARDO S. MARTINEZ
   United States District Court Judge

STIPULATED MOTION RE: BRIEFING
SCHEDULE ON CROSS MOTIONS – 3
CASE NO. 2:21-cv-00728-RSM

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be served on the following parties via the following methods:

| Justin P. Walsh<br>Gleam Law, PLLC<br>605 1st Avenue, Suite 330<br>Seattle, WA 98104<br>justin@gleamlaw.com | ☐ Legal Messenger<br>☐ First-Class Mail, Postage Prepaid<br>☐ Certified Mail, Receipt Requested<br>☒ Email<br>☒ E-Service |
|---|---|

I certify, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 8th day of May, 2024, at Seattle, Washington.

*s/ Bob Hyde*
ROBERT HYDE, WSBA #33593
Assistant Attorney General

STIPULATED MOTION RE: BRIEFING
SCHEDULE ON CROSS MOTIONS – 4
CASE NO. 2:21-cv-00728-RSM

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744