The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LANDMARK TECHNOLOGY A, LLC and RAYMOND MERCADO, individually,<br><br>　　　　　　Defendants. | NO. 2:21-cv-00728-RSM<br><br>ORDER AUTHORIZING DISCLOSURE OF CIVIL INVESTIGATIVE DEMAND RESPONSES IN DISCOVERY |

THIS MATTER, having come before the Court on the parties' Stipulated Motion for Order Authorizing Disclosure of Civil Investigative Demand Responses in Discovery, and the Court having reviewed and considered the foregoing Motion, and being familiar with the records and files herein, it is now hereby ORDERED that the parties' Motion is GRANTED.

DATED this 3rd day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING DISCLOSURE OF CIVIL INVESTIGATIVE DEMAND RESPONSES IN DISCOVERY - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Presented by:

ROBERT W. FERGUSON
Attorney General

/s/ Aaron J. Fickes
AARON J. FICKES, WSBA #51584
BEN J. BRYSACZ, WSBA #54683
HEIDI C. ANDERSON, WSBA #37603
ROBERT HYDE, WSBA #33593
MICHAEL HALL, WSBA #19871
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

/s/ Justin P. Walsh
JUSTIN P. WALSH, WSBA #40696
Gleam Law, PLLC
605 First Avenue, Suite 330
Seattle, WA 98104
(206) 693-2900

*Attorney for Defendants*

ORDER AUTHORIZING DISCLOSURE
OF CIVIL INVESTIGATIVE DEMAND
RESPONSES IN DISCOVERY - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744