HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON;<br><br>    Plaintiff,<br><br>    v.<br><br>LANDMARK TECHNOLOGY A, LLC, and RAYMOND MERCADO, individually,<br><br>    Defendants. | NO. 2:21-cv-00728-RSM<br><br>STIPULATED MOTION AND ORDER REGARDING EXPERT REPORTS<br><br>NOTE FOR MOTION CALENDAR: JUNE 21, 2024 |

    Defendant Landmark Technology A, LLC filed a Motion to Strike or to Extend Deadline for Rebuttal Reports (Dkt. No. 84) arguing that Plaintiff State of Washington's expert disclosures were untimely, and in the alternative seeking an extension of time for Defendants to serve rebuttal expert reports. The State is prepared to argue its expert disclosures were timely, and does not concede any of the arguments raised in Defendant LTA's motion. However, in order to avoid further motions practice, the parties stipulate and move as follows:

    COME NOW Defendants Landmark Technology A, LLC, and Raymond Mercado (collectively "LTA") and Plaintiff State of Washington ("State") and agree and stipulate that State's expert witnesses, disclosed May 31, 2024, shall be considered timely, and hereby agree

STIPULATED MOTION AND ORDER RE: EXPERT REPORTS - 1

**Gleam Law, PLLC**
605 First Avenue, Suite 330
Seattle, WA 98104
P: (206) 693-2900
F: (206) 319-4596

that LTA's rebuttal expert reports pursuant to Rule 26(a)(2)(d)(ii) shall be due July 8, 2024, on the condition LTA's rebuttal expert shall be deposed within thirty (30) days of July 8, 2024.

Pursuant to this stipulation, LTA shall withdraw its Motion to Strike or to Extend Deadline for Rebuttal Reports (Dkt. No. 84).

DATED this 21st day of June, 2024.

| s/Justin P. Walsh | s/Ben Brysacz, via email authority |
|---|---|
| Justin P. Walsh, WSBA No. 40696 | Aaron J. Fickes, WSBA No. 51584 |
| GLEAM LAW, PLLC | Ben J. Brysacz, WSBA No. 54683 |
| 605 1st Avenue | Heidi C. Anderson, WSBA No. 37603 |
| Suite 330 | Robert Hyde, WSBA No. 33593 |
| Seattle, WA 98104 | Michael Hall, WSBA No. 19871 |
| (206) 693-2900 | STATE OF WASHINGTON |
| Attorney for Defendants | Assistant Attorneys General |
| | 800 Fifth Avenue |
| | Suite 2000 |
| | Seattle, WA 98104 |
| | (206) 464-7744 |

### ORDER

Pursuant to stipulation of the parties, the above stipulation is accepted by the Court.

DATED this 24th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE: EXPERT REPORTS - 2

**Gleam Law, PLLC**
605 First Avenue, Suite 330
Seattle, WA 98104
P: (206) 693-2900
F: (206) 319-4596

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the United States of America, that on the date noted below, a true and correct copy of the foregoing was delivered and/or transmitted in the manner(s) noted below:

| | | |
|---|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br>Aaron J. Fickes, WSBA No. 51584<br>Ben J. Brysacz, WSBA No. 54683<br>Heidi C. Anderson, WSBA No. 37603<br>Robert Hyde, WSBA No. 33593<br>Michael Hall, WSBA No. 19871<br>Assistant Attorneys General<br>Attorneys for Plaintiff State of Washington<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104 | *Attorneys for Plaintiff* | [ ] Via Messenger<br>[X] Via Email<br>[ ] Via Certified Mail<br>[ ] Via U.S. Mail<br>[X] Via ECF |

DATED this 21st day of June, 2024, at Seattle, Washington.

s/Joseph A. Hylkema
Joseph A. Hylkema
Paralegal to Justin P. Walsh

STIPULATED MOTION AND ORDER RE: EXPERT REPORTS - 3

**Gleam Law, PLLC**
605 First Avenue, Suite 330
Seattle, WA 98104
P: (206) 693-2900
F: (206) 319-4596