# EXHIBIT M

PRODUCED IN NATIVE FORMAT

LTA 037591

| | |
|---|---|
| **From:** | Melody Camp |
| **To:** | Raymond Mercado |
| **Subject:** | Re: Company Ready for Your Check |
| **Date:** | Sunday, March 15, 2020 10:51:25 AM |

---

Awesome -- Thanks MUCHO for checking these!! Hate to nag but... When you have a minute to check the DOYs would be great!!

> On Sunday, March 15, 2020, 12:47:26 PM EDT, Raymond Mercado <raymercadolandmark@gmail.com> wrote:
>
>
> These are OK except for:
>
> - Remove Scentsy -- they are a little too consistently litigious for my taste right now, but if we revert back to Landmark we can quickly go back to them
>
> - Remove Seattle Pacific -- they are a duplicate and have been repped by Seed IP which dilly-dallied with us on another patent license.  I consider it a risk that Seed IP will become more routinely involved in Western Washington and maybe replace Ben Hodges which would not be good.  We don't even know who  is going to rep Tom Bihn yet.  You could put Seattle Pacific aside for later though.
>
> - Remove Grizzly -- they are a duplicate and we almost sued them but then I figured out I had a slight link to their CEO.  Maybe if we revert back to Landmark we can go back to them on soft licensing.
>
> *BORDERLINES: Fast Growing Trees has trademark counsel; Aerogroup and Eastpoint Sports have both been sued for patent infringement but settled; C & A Marketing has also been sued for patent infringement but used Kirkland which is fine.  All are OK to mail.
>
>
>
> On Sun, Mar 15, 2020 at 12:12 PM Melody Camp <melodycamp123@yahoo.com> wrote:
> > When you have a spare minute if you would run through these would be great...
>
>
> --
> _____
> **Raymond A. Mercado, Ph.D.**
> Managing Member | Landmark Technology A, LLC
> Tel. (858) 401-9732