# EXHIBIT N

PRODUCED IN NATIVE FORMAT

LTA 037509

| | |
|---|---|
| **From:** | Melody Camp |
| **To:** | Raymond Mercado |
| **Subject:** | Re: 03/18 and 03/19 Companies for Your Check... |
| **Date:** | Saturday, March 20, 2021 3:55:21 PM |

GREAT -- Thanks for these -- I am going to dig into them tomorrow and see what I can do -- Want to REST my elbow :)

On Sysco -- This is what Highrise shows:
SYSCO Corporation
Follow Up Package "Friendly" Mailed July 7, 2010Initial Package Mailed May 7, 2010On Notice of '951Presentation Given
I see where there was a lot of back and forth and then NADA...

On Saturday, March 20, 2021, 02:57:48 PM EDT, Raymond Mercado <raymercadolandmark@gmail.com> wrote:

These are good except for:

- Remove Western Power Sports -- DJ risk

- Remove Scentsy -- looks fairly litigious so hold for now and let's revisit later

- Remove Sysco Spokane -- We licensed Sysco Corp. years ago with Jeffer Mangels, and I believe the website you refer to is theirs.  Sysco Spokane may be a different company but I don't think they have website do they?

- Remove Vital Proteins -- DJ risk

- Remove Scuf Gaming -- hold for now, I'd like to get the NOW Organics license finished up because they are both repped by Holland & Knight.  But we can return to them after NOW Organics is done.  I will prompt John to check on them.

PRIORITIZE: prioritize Jiffyshirts, Avenue Stores, and Andis Company for mailing, as I believe they might be fast-settlers.


*BORDERLINES: America's Gardening has copyright/trademark counsel but ok to mail; Foodscience was sued for patent infringement but ok to mail; Robert Graham has been sued for patent infringement but ok to mail; Hubbardton sued as a patent plaintiff but ok to mail.




On Fri, Mar 19, 2021 at 4:47 PM Melody Camp <melodycamp123@yahoo.com> wrote:
    File holds companies checked and ready for you ... :)


--
_____
**Raymond A. Mercado, Ph.D.**
Managing Member | Landmark Technology A, LLC

Tel. (858) 401-9732