# EXHIBIT O

PRODUCED IN NATIVE FORMAT

LTA 037514

| | |
|---|---|
| **From:** | Melody Camp |
| **To:** | Raymond Mercado |
| **Subject:** | Re: 1A - 1B2 Company Platforms to be Checked - INC 500 |
| **Date:** | Wednesday, March 27, 2019 6:33:04 AM |

Appreciate having these done AND the feedback -- I will keep an eye out for OpenCart but don't see too many companies using them -- As you see, LOTS of Shopify, BigCommerce and of course custom platforms which are THE best...


**From:** Raymond Mercado <raymercadolandmark@gmail.com>
**To:** Melody Camp <melodycamp123@yahoo.com>
**Sent:** Tuesday, March 26, 2019 10:56 PM
**Subject:** Re: 1A - 1B2 Company Platforms to be Checked - INC 500

19-61 are ok except for:

- Remove Side by Side -- no Yahoo e-commerce stores ever, that is indeed always disqualifying

- Remove Umbra Inc -- generally litigious, don't like them

- Remove American Licorice -- somewhat litigious as a plaintiff and located in N.D. Cal., not a place we want to get DJ'ed.

- American Paper Optics is duplicated on this list.

*NOTE: You already know to prioritize non-Shopify platforms, to the extent possible. Other known platforms are all equal to me at the moment, except I think I like Opencart especially because, as an "open source" platform, there isn't a company to step in and indemnify.

**Borderlines: Glasses USA, Hourglass, Dynamic Solutions, and Marine Layer were all sued for patent infringement but are OK to mail to as they seem to have settled early.  Seattle Pacific may be somewhat litigious but I'm ok with being DJ'ed in the W.D. Wash if that were to happen, they are OK to mail to.  Pink Lily and Chic Home both involved in trademark/copyright cases but OK to mail to.

On Sat, Mar 23, 2019 at 7:54 PM Melody Camp <melodycamp123@yahoo.com> wrote:
> Sending you the REST of the INC companies group as well as some other companies from a second listing -- At your leisure...
>
> THANKS a MILLION for running through those previously sent you!!


--
_____

**Raymond A. Mercado, Ph.D.**
Managing Member | Landmark Technology A, LLC
Tel. (858) 401-9732