# EXHIBIT P

PRODUCED IN NATIVE FORMAT

LTA 037685

| | |
|---|---|
| **From:** | Melody Camp |
| **To:** | Raymond Mercado |
| **Subject:** | Re: Lots and lots of companies to check prior to targeting... |
| **Date:** | Thursday, January 7, 2021 2:03:53 PM |

SO happy to have these -- Thank you for checking/clearing -- All ready for targeting :)

> On Thursday, January 7, 2021, 03:53:30 PM EST, Raymond Mercado <raymercadolandmark@gmail.com> wrote:
>
> **1B0 Platforms - 10-12 and 10-13-20**
>
> REMOVE W. B. Mason - DJ risk, revisit later
>
> REMOVE Lakeland Supply - Duplicate, mailed April 2019
>
> REMOVE Alex & Ani -- looks very litigious, worth revisiting later though
>
> REMOVE Falcon Safety -- Duplicate from the 10-08 and 10-09-20 batch
>
> REMOVE GT Midwest - Duplicate again, already mailed under GT Sales on 10-09-20
>
> REMOVE Acroprint - Duplicate from 10-25-19 mailing I think
>
> REMOVE Royal Consumer -- litigious, revisit later
>
> HOLD Gibson Brands -- this isn't a "remove" altogether, but is there somewhere you could save Gibson Brands for maybe a few months?  They are fighting a patent case in Delaware with a 101/Alice motion.  Ideally you'd like to see them cave in and settle before we mail, rather than fighting the motion or winning the motion.
>
> CHECK Napco -- this one is fine but make sure it's not the Napco in North Carolina we already mailed to?  Different state and different company right?
>
> CHECK Northern Safety -- this one is fine but I think I already cleared it 8-28-20, so have we really not mailed it already or is it a duplicate?
>
> MOVE UP/PRIORITIZE - If you want, you could move up Windy City Novelties, Gordon Companies, The Roscoe Company, and Zoro Tools -- all of these have pending or fast-settled patent cases.  But they're all in Illinois, right?  So perhaps not mailing all at once?  I personally like Zoro Tools the most because it's repped by Greenberg right now in an ongoing patent case, which we've done deals with in the past.
>
> *BORDERLINES: Stenograph has a copyright case in the past, but OK to mail; Peavey has a patent case in the past but OK to mail; Quill has a copyright case in the past but OK to mail.
>
>
> On Sun, Jan 3, 2021 at 12:54 PM Melody Camp <melodycamp123@yahoo.com> wrote:
>> GREAT to have these ready to go -- All notes had been made, companies moved/deleted as per your notes -- Thanks for checking through these!
>>
>>> On Sunday, January 3, 2021, 10:30:34 AM EST, Raymond Mercado <raymercadolandmark@gmail.com> wrote:

**1B0 Magento Platforms - 11-16-20**

*Obviously let's not load up too much on Magento users, sprinkle them in as best you can.

DELETE Kayser-Roth -- bit litigious, maybe revisit later

DELETE Nourism - risk of DJ

DELETE Aramsco - risk of DJ, but maybe revisit later

DELETE Godinger-Silver -- litigious

DELETE Family Center -- Don't want any family-owned mom-and-pop implications, even in the name of the company and even if it's not really true

*BORDERLINES: Jacob & Sons, a trademark plaintiff but OK to mail; Zagg is a little bit risky and may be sophisticated with patents as it has an IP holding company, but it's also publicly traded and probably rational, OK to mail; Reeds Jewelers was sued for patent infringement in ED Tex and settled; Rockler has faced some patent cases but OK to mail; Frontpoint has been sued for patent infringement MANY times but usually settled, OK to mail; Automann was sued for patent infringement but settled, OK to mail; Lund Intl. was both a plaintiff and defendant in patent cases, OK to mail; Stable Step was a patent plaintiff, but OK to mail; Rev-a-Shelf both plaintiff and defendant in patent cases but OK to mail; Cricuit was a copyright plaintiff but OK to mail.

**1B0 Platforms - 10-08 and 10-09-20**

DELETE Aseptico - this company was sued by PanIP in the old days, already licensed

DELETE Northwest Territorial - DJ risk

DELETE Eagle Industries - DJ risk

DELETE AM Leonard - duplicate, already licensed by original Landmark in Dec 2018

DELETE Full Compass - this is a duplicate mailed in Mail Merge #115 in April 2019.  Check to see if this can be sent as a DOY or if we've already done that?

DELETE GT Midwest -- this is a duplicate mailed as a DOY under GT Sales on 10-9-20.  Delete altogether.

CHECK Gardens Alive -- I believe we notified this one under original Landmark way back because it's in your list of companies notified in IN (Indiana).  So check to see if this one can be sent as a DOY or as an altogether new letter under '508?

HOLD Halo Industries -- Hold this one until we sign the deal with Polyconcept, they are repped by the same lawyers so let's get that deal signed and then mail to this one.

*NOTE: US Plastics is on the list twice.

*NOTE: Falcon Safety does have a history being repped by Fish & Richardson in 2015, but for various reasons I'm OK with letting this one go through.  We don't want to just mail to lots of former Fish clients, but now that CBM is gone, and the V. Sattui motion against '508 has been denied pending claim construction (albeit there is virtually the same motion pending in Mailender now), we are in a SLIGHTLY better position than before.  And this company is in New Jersey.  So I'm fine

letting this one go through.

*BORDERLINES: Premier Dental has been a trademark plaintiff but OK to mail; D'addorio was a trademark plaintiff and just seems weird and so there's a little risk but OK to mail.

On Fri, Dec 18, 2020 at 3:22 PM Melody Camp <melodycamp123@yahoo.com> wrote:
> Attached files hold companies whose platforms are cleared and now ready for your check --
> Thank you SO much for running through these when you have a 'spare' minute :)

--
_____
**Raymond A. Mercado, Ph.D.**
Managing Member | Landmark Technology A, LLC
Tel. (858) 401-9732

--
_____
**Raymond A. Mercado, Ph.D.**
Managing Member | Landmark Technology A, LLC
Tel. (858) 401-9732