# EXHIBIT Q

PRODUCED IN NATIVE FORMAT

LTA 037787

| | |
|---|---|
| **From:** | Melody Camp |
| **To:** | Raymond Mercado |
| **Subject:** | Re: These Just In... |
| **Date:** | Thursday, August 22, 2019 8:27:31 PM |

OhMyGosh -- This is the MOST exciting thing I've seen ALL day -- WOWEE you just ran right through that group! Your comment on Chili Technology is duly noted and it's perfect as it is a NC company and since I need THREE businesses to round out this first mailing of 18, a NC + 2 NY-based companies will finish it up nicely!

I have all these companies marked and organized so manana I can just get to work, finish the first batch of 18 and move onto the next -- Thank you SO much for doing this (and everything else you manage!)

Mel

> On Thursday, August 22, 2019, 9:47:41 PM EDT, Raymond Mercado <raymercadolandmark@gmail.com> wrote:
>
> HOLD these states for now: **CA, CO, OR, WA, UT.**
>
> However, I'm fine with continuing to mail to Ohio companies, because the current Ohio target is still being repped by its old firm and there's no evidence Rachael is going to interfere there (plus she isn't admitted there).  I know we removed a few Ohio companies today in a panic but we can reinsert them in coming weeks as you think best.  We can explain to John when we send but he probably won't even notice.
>
> *PRIORITIZE Chili Technology into the next mailing, I think they will be a fast settler as they were just sued for patent infringement here in NC and settled it quick.
>
> *HOLD Battle Sports -- I think there's some DJ risk because they've sued for patent infringement as a plaintiff but I think they'd be a fast settler and I like the state they're in (Nebraska).  At some point, might be worth coming back to.  Or just suing in Nebraska.
>
> - Remove Darby Dental Supplies -- litigious
> - Remove Kuiu Inc. -- litigious
> - Remove K Swiss -- litigious
> - Remove Theragun -- link to Jeffer Mangels, plus they are somewhat litigious as a plaintiff with their own patents
>
> *NOTE: Bachrach appears twice in this list (so don't duplicate your efforts!).
>
>
> On Thu, Aug 22, 2019 at 8:33 AM Melody Camp <melodycamp123@yahoo.com> wrote:
>> I am sending a file that contains quite a group of companies that you, Patrick and I have gathered over the past couple of weeks -- Patrick has checked the platforms and as you will see, those marked in RED are cast-outs...  The rest are viable companies ready to be worked up and included in a mailing AFTER you have given them a once-over
>>
>> It makes MY job SO much easier when I have a glut of companies to work with so I will be EXTREMELY happy to have these returned as soon as you are able --

THANK YOU!!!!!

--

_____
**Raymond A. Mercado, Ph.D.**
Managing Member | Landmark Technology A, LLC
Tel. (858) 401-9732