# EXHIBIT R

PRODUCED IN NATIVE FORMAT

LTA 038189

| | |
|---|---|
| **From:** | Larry Lockwood |
| **To:** | John Lee; Melody Camp; Patrick Nunally; Raymond Mercado |
| **Subject:** | Landmark Mailing Strategy |
| **Date:** | Monday, August 28, 2017 3:56:24 PM |

John,

I had lunch with Patrick today to discuss our licensing strategy. Melodi has suggested we increase our weekly mailing from ten to fifteen letters. Both she and Patrick feel they can meet that target. I wanted to get your input before we begin to ramp-up for fifteen per week. Patrick and I also discussed perhaps having ten letters referencing the '319 patent and five letters referencing the '508 patent. So we begin to introduce it. The '508 could have an Alice challenge, but in view of our success last April in Northern District and even more recent CAFC rulings directed toward 'improving a computer' to avoid ALICE, we are not too worried. We will be adding more states to enlarge company base to diversify our mailings.

Federal Circuit Reverses Rule 12(b)(6) Eligibility Dismissal Under First Step of Alice - IPWatchdog.com | Patents & Patent Law



**Federal Circuit Reverses Rule 12(b)(6) Eligibility Dismissal Under First St...**

Claims are directed to configuring the memory system based on the type of processor connected to the memory syst...

This communication may contain information that is confidential in nature, unauthorized use or disclosure is strictly prohibited. If you are not the intended recipient, kindly reply to alert us. Afterward, please delete this communication in its entirety.