# EXHIBIT S

PRODUCED IN NATIVE FORMAT

LTA 037648

| | |
|---|---|
| **From:** | Melody Camp |
| **To:** | John Lee |
| **Cc:** | Raymond Mercado; Patrick Nunally |
| **Subject:** | Re: Landmark - Next round of complaints |
| **Date:** | Friday, June 28, 2019 8:53:26 AM |
| **Attachments:** | Z-OR-based Companies NOT contacted.ods |

All --

Attached file holds OR-based companies that were readied (from a previous database) for mailing but due to Azure issues, were never sent -- Pat has checked their platforms and Ray has also looked at these --

Of the limited number of OR-companies provided from the new database, I've pulled 4-5 that 'might' be worthy targets -- We need Pat/Ray to check 'em, but of that small number possibly TWO would be reasonable considerations for a complaint...

Melody

> On Thursday, June 27, 2019, 6:56:34 PM EDT, John Lee <jlee@banishlaw.com> wrote:
>
> Thanks.   Here are some preliminary recommendations:
>
> **1.  Colorado - Hammond Candies**
>
> We have sued candy companies in Washington and in Ohio.  We can use that to our advantage.
>
> 2.  Illinois - Hickory Farms or Maui Jim.
>
> **3.  Washington - Essential Baking, but consider Precept Wineries**
>
> Essential Baking is the one we selected.  But one way to get out of the $15-$20k range that we have for Ben Hodges is to go after Precept which owns a bunch of wineries  in Washington State.
>
> **4. Oregon**
>
> Let's choose an Oregon company from the newly acquired database entries, that we have never mailed out (takes away the Oregon statute from being issue if we settle out with Azure before it is struck down).
>
> **5.  Michigan.  Organize It.**
>
> We should use local counsel Dave Weiling who was our local for Shar.
>
> **6.  Hawaii - Tori Richards**
>
> **7.  North Carolina** - Ray let's look for local?
>
> **John A. Lee**
> Banie & Ishimoto LLP
> 3705 Haven Ave #137

Menlo Park, CA 94025

Tel.: (650) 241-2774

Fax: (650) 241-2770

> On Jun 27, 2019, at 2:52 PM, Melody Camp <melodycamp123@yahoo.com> wrote:
>
> John --
>
> Attached file holds companies that we have notified -- I've started adding date of mailing, which is indicated on he 'newer' companies contacted...
>
> Melody
>
>> On Thursday, June 27, 2019, 5:30:30 PM EDT, John Lee <jlee@banishlaw.com> wrote:
>>
>>
>> **Melody:**  Can you send an updated excel spreadsheet for the various jurisdictions that we are tracking as candidates for filing lawsuits?  I want to review and propose candidates to get complaints ready for filing in Washington State (Specialty Bottle case dismissed today); N.D. Illinois (draft Woodland Foods settlement circulated to the  other side); and in D. Colorado.
>>
>> **Ray:**  Can you review the draft compliant for N.D. Ohio and S.D. Ohio that Jen sent over?
>>
>> John
>>
>>
>> **John A. Lee**
>> Banie & Ishimoto LLP
>> 3705 Haven Ave #137
>> Menlo Park, CA 94025
>> Tel.: (650) 241-2774
>> Fax: (650) 241-2770
>>
>> <1AA CA, WA, OH, IN, NC, IL, OR, MI, CO, FL & HI Companies for Complaints-Litigation.ods>