The Honorable Ricardo S. Martinez

1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8 AT SEATTLE

9 STATE OF WASHINGTON,

NO. 2:21-cv-00728-RSM

Plaintiff,

DECLARATION OF BOB HYDE IN
SUPPORT OF STATE'S REPLY ON
ITS MOTION TO COMPEL AND FOR
RELIEF FROM DEADLINES TO
ADDRESS POTENTIAL DISCOVERY
MISCONDUCT

10

11 v.

12 LANDMARK TECHNOLOGY A, LLC,
and RAYMOND MERCADO,
13 individually,

Defendants.

NOTE ON MOTION CALENDAR:
Wednesday, July 24, 2024

14

15

16 I, Bob Hyde, declare as follows:

17 1. I am an Assistant Attorney General in the Consumer Protection Division of the

18 Washington State Attorney General's Office. I am one of the attorneys of record for the Plaintiff

19 State of Washington in the above-captioned matter. I am licensed to practice law in the State of

20 Washington and am an active member in good standing of the WSBA.

21 2. I make this declaration with personal knowledge.

22 3. Once our office received Defendants' July 11, 2024, supplemental production

23 (the "Post-Motion Production"), our professional staff loaded that production into Everlaw.

24 Everlaw is a cloud-based eDiscovery platform. Our office utilizes Everlaw for document review

25 during active litigation.

26

REPLY DECLARATION OF BOB HYDE
IN SUPPORT OF STATE'S MOTION TO
COMPEL AND FOR RELIEF FROM
DEADLINES
(2:21-cv-00728-RSM) - 1

4.      Based upon my review of the Post-Motion Production in Everlaw, that production contains 4,760 total documents totaling 13,363 pages. The production includes 2,426 emails in native format (i.e., .eml files), 1,459 spreadsheets, 611 .pdfs, 240 Word documents, and 24 other documents.

5.      Based upon my review of the Post-Motion Production, Defendants utilized 14 separate email addresses in conducting business, including 3 with the word "Landmark" somewhere in the address: Patrick@landmarkedi.com; Melodycamplandmark86@gmail.com; raymercadolandmark@gmail.com; lb_lockwood@yahoo.com; pat@nunally.com; patrick@nunally.com; jlee@banishlaw.com; genevieve3290@yahoo.com; mercado.raymond@gmail.com; melodycamp123@yahoo.com; jlee.banishlaw@gmail.com; leeja8@gmail.com; gregbosch@zoho.com; gregbosch@me.com.

6.      Based upon my review of the Post-Motion Production, Melody Camp is the sender or a recipient of 1,095 of the 2,426 emails produced in native format.

7.      As noted above, Defendants produced a significant number of emails in native format in their July 11 production. However, the Post-Motion Production also contains large .pdf files without explanation as to the source of the .pdfs, the custodian(s), and without any meaningful metadata.

8.      For example, document LTA_036481 is an 893-page .pdf file that contains hundreds of emails spanning several years. Although the emails are to and from a variety of individuals, the metadata for the file reveals only a custodian of "Landmark Technology A." Again, although the emails span a period covering at least July 2018 through at least January 2021, the metadata reveals the file was created on July 10, 2024, the day before the Post-Motion Production. Additionally, the native file is entitled "merged.pdf," and all attachments have been removed from the emails.

9.      Defendants have not explained the source of the emails in LTA_036481, why they were produced in one large .pdf without attachments, why the document was created the

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

day before being produced to the State, etc. Nevertheless, within this 893-page .pdf are dozens of responsive documents supporting the State's claims here, including an email where Defendant Mercado refers to his own company as a "patent troll." A true and correct copy of portions of LTA_036481 is attached hereto as **Exhibit T**.

10.     In their opposition papers, Defendants claim that their Post-Motion Production contained only 10 Washington-related emails. Dkt. 92, at 11. However, Defendants and their counsel never specify how they identified these particular 10 emails from the rest of the production, such as what search terms were used to confirm there are only 10 such emails among the 4,700+ total documents, which of the 14 email addresses is the proper custodian for these 10 emails, etc.

11.     The State's review of the Post-Motion Production has only just begun. However, the searches I have run thus far indicate that there are far more than ten Washington-related documents within the Post-Motion Production. For example, a search of "WA" within the Post-Motion Production reveals hits on 434 separate documents, a search of "Washington" reveals hits on 386 documents, and a search of "Seattle" reveals hits on 170 separate documents. A search of "Ben" and "Hodges" reveals hits on 80 separate documents, while the term "SaltWorks" (an LTA target based in Washington who settled in 2021) reveals hits on 38 separate documents. A search of the terms "Tom" and "Bihn" (an LTA target based in Washington who settled in 2020) reveals hits on 26 separate documents, while a search of "Stoneway" and "Electric" (another Washington-based LTA target who settled in 2020) reveals hits on 24 separate documents.

12.     On June 25, 2024, within Defendants' Supplemental Initial Disclosure production, Defendants produced a series of emails with the top-most email header information redacted. Defendants have not yet produced the unredacted header information or the related metadata. For example, LTA018215-17 is an email chain dated July 11, 2018, entitled "Draft PTO Complaint" between and among Patrick Nunally, Raymond Mercado, and Lawrence

REPLY DECLARATION OF BOB HYDE
IN SUPPORT OF STATE'S MOTION TO
COMPEL AND FOR RELIEF FROM
DEADLINES
(2:21-cv-00728-RSM) - 3

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1    Lockwood. In their July 11 supplemental production, Defendants produced the underlying 2018

2    email in native format as bates number LTA_037885. However, the file is incomplete because

3    the previously redacted header information was not included in the native file for LTA_037885

4    or the other redacted emails originally produced on June 25.

5        I declare, under penalty of perjury under the laws of the State of Washington, that the

6    foregoing is true and correct.

7        DATED this 24th day of July, 2024, at Seattle, Washington.

8

9                                         */s/ Bob Hyde*
                                         _____
10                                        BOB HYDE, WSBA No. 33593
                                         Assistant Attorney General

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPLY DECLARATION OF BOB HYDE
IN SUPPORT OF STATE'S MOTION TO
COMPEL AND FOR RELIEF FROM
DEADLINES
(2:21-cv-00728-RSM) - 4

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1

## CERTIFICATE OF SERVICE

2      I certify that I caused a copy of the foregoing to be served on all counsel of record via

3   the ECF system.

4      I certify, under penalty of perjury under the laws of the State of Washington, that the

5   foregoing is true and correct.

6      DATED this 24th day of July, 2024, at Seattle, Washington.

7

8

9                              */s/ Bob Hyde*
                               BOB HYDE, WSBA No. 33593
10                             Assistant Attorney General

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPLY DECLARATION OF BOB HYDE
IN SUPPORT OF STATE'S MOTION TO
COMPEL AND FOR RELIEF FROM
DEADLINES
(2:21-cv-00728-RSM) - 5