# EXHIBIT T

**Melody Camp** <melodycamp123@yahoo.com>
Re: 1A DOYs for Ray's Checking
Sat, 28 Mar 2020 18:06:35 +0000 (UTC)
To: Raymond Mercado <raymercadolandmark@gmail.com>

GREAT -- Thanks for checking these -- The file I really need checked is the bunch of DOY's -- I've attached 'em WHEN you have a minute...

> On Saturday, March 28, 2020, 10:04:46 AM EDT, Raymond Mercado <raymercadolandmark@gmail.com> wrote:
>
>
> These are actually all OK to mail, just a lot of borderlines:
>
> - Provantage is OK to mail and you might move it up because they were sued for patent infringement and settled fast.
>
> - Casio is also OK to mail and you might move it up, frankly because they're big enough to have money; but they're also sophisticated about the patent game, so who knows.  **Also check to see if you want to mail to Casio Holdings or Casio America LLC, up to you which seems the most appropriate entity now.**
>
> *BORDERLINES: Thirty-One Gifts is ok to mail but not sure about litigation as they sought attorney's fees when sued for patent infringement in Utah so there might be some aggression there; Ashley Stewart, Textiles from Europe, and Trish McEvoy have all been trademark plaintiffs but ok to mail; Casio is big and sophisticated but ok to mail; Provantage has been sued for patent infringement but settled in 4 months and ok to mail; R.G. Barry and Midwest Industrial both have past trademark counsel but ok to mail.
>
>
> On Tue, Mar 24, 2020 at 9:52 PM Melody Camp <melodycamp123@yahoo.com> wrote:
>> A pair of platform checks ready for you when you are ready to check 'em...
>
>
>
> --
> _____
> **Raymond A. Mercado, Ph.D.**
> Managing Member | Landmark Technology A, LLC
> Tel. (858) 401-9732

LTA 036954

**Melody Camp** <melodycamp123@yahoo.com>

Re: 1A-02-05 - Companies cleared and ready for you

Thu, 20 Feb 2020 19:11:48 +0000 (UTC)

To: Raymond Mercado <raymercadolandmark@gmail.com>

Super Duper -- Thank 'ee'

> On Thursday, February 20, 2020, 01:54:55 PM EST, Raymond Mercado <raymercadolandmark@gmail.com> wrote:
>
> These are OK except:
>
> - Remove American Book -- DJ risk
>
> *BORDERLINE: AGCO has been sued for patent infringement but is OK to mail.
>
> On Thu, Feb 6, 2020 at 4:36 PM Melody Camp <melodycamp123@yahoo.com> wrote:
>> Attached file hold ONE set of companies cleared by Nunally 02/06/20 - Ready for your check
>>
>> Much thanks!
>
> --
> _____
> **Raymond A. Mercado, Ph.D.**
> Managing Member | Landmark Technology A, LLC
> Tel. (858) 401-9732

LTA 036955

**Melody Camp** <melodycamp123@yahoo.com>
Re: 1B0 03/29 and 03/30 Ready for Your Check
Mon, 12 Apr 2021 14:42:40 +0000 (UTC)
To: Raymond Mercado <raymercadolandmark@gmail.com>

Thank you SO much for these -- All are sorted, moved and deleted as needed -- Getting a later start as cable was out from 8:15 to 10:20ish -- Called and was credited $12.+ change -- SO irritating!

> On Monday, April 12, 2021, 09:28:55 AM EDT, Raymond Mercado <raymercadolandmark@gmail.com> wrote:
>
> These are OK except for:
>
> Remove Zoro Tools - Duplicate which you've set aside before, as discussed.  We will return to them later.
>
> Remove Direct Supply - Duplicate, previously removed, somewhat litigious.
>
> Remove Competition Cams - Somewhat litigious, come back later, probably overcautious but let's hold for now.
>
> ==Remove McKesson - too sophisticated in patent issues, hold for later.==
>
> ==Remove Keystone Auto - Duplicate, previously removed, DJ risk.==
>
> ==Remove Elvis Presley - too much of a headline-grabber, let's remove.==
>
> ==Remove Varsity Spirit - they are part of a group of Varsity companies that is pretty litigious and plus they use the same firm as Tamsen in the Azure case, Ogletree Deakins==
>
> Remove Nashville Dental - Duplicate, already mailed right?
>
> Remove True Sports - Duplicate from #157, mailed 03-06-20
>
> Remove LPI Inc - they're the plaintiff in this weird libel/slander case, they could be strange people, hold for later
>
> Check Schiff Nutrition - is this is Duplicate?  Cleared Oct 2019 but not sure if we have mailed?
>
> Check Apex Medical - isn't this a Duplicate?
>
> Check Cummins - Check Duplicate?
>
> Spelling: "Wastebilt" should be "Wastebuilt"
>
> *BORDERLINES: Airaid, previously sued for patent infringement but OK to mail; Atlantic Coast has trademark counsel but OK to mail; John Conti is semi litigious but OK to mail.
>
> On Tue, Mar 30, 2021 at 5:44 PM Melody Camp <melodycamp123@yahoo.com> wrote:
>> When you are ready -- These are pretty good looking companies :)
>
> --

LTA 036956

**Raymond A. Mercado, Ph.D.**
Managing Member | Landmark Technology A, LLC
Tel. (858) 401-9732

LTA 036957

**Melody Camp** <melodycamp123@yahoo.com>
Re: 2 Sets of Companies Ready for Your Check
Sat, 18 Apr 2020 20:42:47 +0000 (UTC)
To: Raymond Mercado <raymercadolandmark@gmail.com>

Thanks for clearing these bundles -- There continue to be 5 more sets for you to check -- NOT an issue just want you to be aware also do not want to lose them...

> On Saturday, April 18, 2020, 03:29:38 PM EDT, Raymond Mercado <raymercadolandmark@gmail.com> wrote:
>
>
> These are OK except for:
>
> - Remove Glossier - this is a duplicate and is represented by Fish, which sent us a nasty letter on Oct. 17, 2019.
>
> *BORDERLINES: Parsons Xtreme Golf is a tough call as a fairly sophisticated patent-owning plaintiff but I think we are fine sending them a letter, not sure I would litigate though; Need Supply has been sued for patent infringement but settled fast; ThinkLite has trademark counsel; Ooze Wholesale has trademark counsel; Bombas has trademark counsel.  All OK to mail.
>
>
> On Thu, Apr 2, 2020 at 1:14 PM Melody Camp <melodycamp123@yahoo.com> wrote:
>> When you have a minute??  There remain a few more 'open' files that are needing a check -- Just don't want to lose anything...:)
>
>
> --
> _____
> **Raymond A. Mercado, Ph.D.**
> Managing Member | Landmark Technology A, LLC
> Tel. (858) 401-9732

**Melody Camp** <melodycamp123@yahoo.com>

Re: 02/05 and 02/08/21 Companies Ready For Your Eye...

Sat, 27 Feb 2021 21:49:05 +0000 (UTC)

To: Raymond Mercado <raymercadolandmark@gmail.com>

WOW -- Another set -- Thank you SO much!!

> On Saturday, February 27, 2021, 04:38:16 PM EST, Raymond Mercado <raymercadolandmark@gmail.com> wrote:
>
> These are OK to mail except:
>
> - Remove C.C. Filson -- repped by Neil McNabnay of Fish from a E.D. Tex. patent case.  Hold for later.
>
> - DUPLICATE: Rockler Companies is a duplicate from a batch I just cleared for you, but ok to mail.
>
> - Prioritize: Schutt Sports is actually a d/b/a for Kranos Corporation.  They are repped by Greenberg Traurig.  There's a little bit of risk because they are sophisticated with patents and sue other sports manufacturers, but knowing Greenberg's billing rates and with hour history, I think they will settle.  Prioritize Kranos/Schutt.
>
> - Note: If we ever resume mailing in NC, Cato Corporation would be a good one since they're sued all the time for copyright infringement.  But leery of doing so until we deal with this NC statute. Unfortunately you have to hold all NC targets for now.
>
> - Note: Altar'd State is actually just a d/b/a/  -- the company is Walters & Mason Retail
>
> *BORDERLINES: Milton Industries has trademark counsel but ok to mail; Transcat has trademark counsel but ok to mail; Schutt Sports (Kranos) is a sophisticated patent litigant but ok to mail given our history with Greenberg; Vermont Teddy Bear has trademark counsel and the name has a small company feel but I'm ok with mailing.
>
> On Mon, Feb 8, 2021 at 5:55 PM Melody Camp <melodycamp123@yahoo.com> wrote:
>> Attached file holds companies whose platforms have been cleared and are now ready for you... :)
>
>
> --
> _____
> **Raymond A. Mercado, Ph.D.**
> Managing Member | Landmark Technology A, LLC
> Tel. (858) 401-9732

LTA 036968

**Melody Camp** <melodycamp123@yahoo.com>
Re: Companies for checking
Mon, 15 Jul 2019 13:59:52 +0000 (UTC)
To: Raymond Mercado <raymercadolandmark@gmail.com>

Awesome -- Thank you for these!

> On Monday, July 15, 2019, 9:17:00 AM EDT, Raymond Mercado <raymercadolandmark@gmail.com> wrote:
>
> These are all fine for mailing, send DOY's when ready.   Two notes:
>
> - Promethean in Alpharetta GA is fine but Promethean World, in Seattle WA, is pretty litigious -- it's not on this list but I had it confused at first.
>
> *Design Toscano is a borderline case in that they used Niro Haller, a very patent-savvy firm, for a copyright case.  However, Niro is so familiar with the patent troll model and usually represents patent holders, I don't expect a ton of resistance from them.  They are fine to mail.
>
>
> On Mon, Jul 15, 2019 at 7:33 AM Melody Camp <melodycamp123@yahoo.com> wrote:
>> I know you've been extremely busy and continue to be however, if you would find an hour (?) to run through the companies in the attached file, we can get a 'full' mailing out this week and likely fill another the following week --
>>
>> I'll send companies for DOY checks later today --
>>
>> I sincerely appreciate your help with these!
>>
>>
>> --
>> _____
>> **Raymond A. Mercado, Ph.D.**
>> Managing Member | Landmark Technology A, LLC
>> Tel. (858) 401-9732