The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> LANDMARK TECHNOLOGY A, LLC, and RAYMOND MERCADO, individually, <br><br> Defendants. | NO. 2:21-cv-00728-RSM <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND STAY |

ORDER GRANTING STIPULATED
MOTION TO EXTEND STAY
(2:21-cv-00728-RSM) - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

THIS MATTER, having come before the Court on the Stipulated Motion to Extend Stay, and the Court having reviewed the foregoing Motion, responses, if any, and being familiar with the records and files herein, the Court orders the following: All currently pending deadlines in this matter are hereby STAYED through October 9, 2024, the date of the in-person status conference with the Court.

DATED this 6th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

/s Ben Brysacz
AARON J. FICKES, WSBA No. 51584
BEN J. BRYSACZ, WSBA No. 58683
HEIDI C. ANDERSON, WSBA No. 37603
ROBERT HYDE, WSBA No. 33593
MICHAEL HALL, WSBA No. 19871
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

*Attorneys for Plaintiff*

/s Justin P. Walsh (per email)
JUSTIN P. WALSH, WSBA No. 40696
Gleam Law, PLLC
605 First Avenue, Suite 330
Seattle, WA 98104
(206) 693-2900

*Attorney for Defendants*

ORDER GRANTING STIPULATED
MOTION TO EXTEND STAY
(2:21-cv-00728-RSM) - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744