The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

Plaintiff,

v.

LANDMARK TECHNOLOGY A, LLC; RAYMOND MERCADO, individually; PATRICK NUNALLY, individually; and MELODY CAMP, individually,

Defendants.

NO. 2:21-cv-00728-RSM-TLF

ORDER EXTENDING DISCOVERY DEADLINES FOR PLAINTIFF STATE OF WASHINGTON AND DEFENDANTS LANDMARK TECHNOLOGY A LLC AND RAYMOND MERCADO

Pursuant to the Court's instructions during the October 24, 2025, Status Conference (*see also* Dkt. 200), Plaintiff State of Washington and Defendants Landmark Technology A, LLC ("LTA") and Raymond Mercado (together, "the Parties") submitted a stipulated motion to amend the prior discovery scheduling order (Dkt. 159). Dkt. 201. Defendants Melody Camp and Patrick Nunally are not parties to this stipulated motion.

The Court GRANTS the stipulated motion as follows:

| Event | Date |
|---|---|
| All motions related to discovery must be noted on the motion calendar pursuant to LCR 7(d) and LCR 37(a)(2) | May 15, 2026 |
| Discovery (including meet-and-confer meetings) completed by | May 22, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | June 19, 2026 |

IT IS SO ORDERED.

DATED this 10th day of November, 2025.

THE HONORABLE THERESA L. FRICKE
United States Magistrate Judge