1

2

3

4

5

6

The Honorable Ricardo S. Martinez

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    STATE OF WASHINGTON,

NO. 2:21-cv-00728-RSM

10                    Plaintiff,

PARTIAL SATISFACTION OF
JUDGMENT

11        v.

**(Clerk's Action Required)**

12    LANDMARK TECHNOLOGY A, LLC;
     RAYMOND MERCADO, individually;
13    PATRICK NUNALLY, individually;
     and MELODY CAMP, individually,

14

15                    Defendants.

16        **COMES NOW** Plaintiff, State of Washington, and hereby acknowledges that Defendants

17    have paid all monetary obligations set forth in paragraphs 1.3 and 4.1 of the Consent Decree (Dkt.

18    214) entered on January 20, 2026, in the amount of $95,0000 in favor of Plaintiff, State of

19    Washington, and against Defendants Landmark Technology A, LLC, Raymond Mercado, and

20    Melody Camp.

21        **THEREFORE**, the Plaintiff acknowledges full satisfaction and discharge of the

22    monetary provisions of the Consent Decree filed in the United States District Court for the

23    Western District of Washington, Cause No. 2:21-cv-00728-RSM. The injunctive provisions of

24    the Consent Decree, including penalties suspended upon compliance, remain in full force and

25    effect, notwithstanding the satisfaction of the judgment for payment of money.

26

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

1      By entry of this Partial Satisfaction, State does not waive its right to bring a future cause of

2    action as allowed, for violations of the injunctive provisions of the Consent Decree, if necessary,

3    and/or for the imposition of suspended civil penalties pursuant to Wash. Rev. Code ch. 19.86.

4      As provided in the Consent Decree, this Court retains jurisdiction of this action and

5    jurisdiction over Defendants for the purpose of implementing and enforcing the terms and

6    conditions of the Consent Decree, which may include the imposition of suspended civil penalties

7    pursuant to Wash. Rev. Code ch. 19.86. This Partial Satisfaction of Judgment does not relieve

8    Defendants Landmark Technology A, LLC, Raymond Mercado, and Melody Camp from the

9    injunctive relief and other non-monetary obligations the Judgment and Consent Decree imposes

10    on them; this Partial Satisfaction of Judgment merely indicates that Defendants have satisfied

11    their monetary obligations.

12      The undersigned attorney hereby authorizes the Clerk of the Court to enter this Partial

13    Satisfaction of Judgment.

14      DATED this 6th day of February, 2026.

15                NICHOLAS W. BROWN

16                Attorney General

17

18                BEN BRYSACZ, WSBA #54683
                    BOB HYDE, WSBA #33593

19                AARON FICKES, WSBA #51584
                    Assistant Attorneys General

20                800 Fifth Avenue, Suite 2000
                    Seattle, WA  98104

21                206-464-7744
                    ben.brysacz@atg.wa.gov

22                robert.hyde@atg.wa.gov
                    aaron.fickes@atg.wa.gov

23                Attorneys for Plaintiff State of Washington

24

25

26

1   State of Washington    )
                           )        ss.
2   County of King         )

3          I certify that I know or have satisfactory evidence that ___Bob Hyde___ is
4   the person who appeared before me, and said person acknowledged that he signed this
    instrument, on oath stated that he was authorized to execute the instrument, and acknowledged
5   it as Assistant Attorney General on behalf of the State of Washington to be the free and voluntary
    act of such party for the uses and purposes mentioned in the instrument.

6          Dated this __4__ day of __February__, 2026

7

8                                          Signature: _____
                                           Name: ___Ashley Totten___
9   *SEAL OR STAMP*                        Notary Public in and for the State of Washington

10                                         My appointment expires: __12/2/2026__

11              ASHLEY ELIZABETH TOTTEN
                    Notary Public
12                State of Washington
                Commission # 22031738
13            My Comm. Expires Dec 2, 2026

14

15

16

17

18

19

20

21

22

23

24

25

26

PARTIAL SATISFACTION OF                              ATTORNEY GENERAL OF WASHINGTON
JUDGMENT - 3                                               Consumer Protection Division
(2:21-cv-00728-RSM)                                        800 Fifth Avenue, Suite 2000
                                                           Seattle, WA  98104-3188
                                                              206-464-7744

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on February 4, 2026, I electronically filed the foregoing with the

3 Clerk of Court using the CM/ECF system which will send notification of such filing to the

4 following:

5      Justin Walsh and James P. Ware, Gleam Law, Attorneys for Defendants
       Landmark Technology A, LLC, Raymond Mercado, and Melody Camp
6

7 And I certify that I have mailed by United States Postal Service the document to the following

8 non CM/ECF participants:

9      Patrick Nunally
       2402 Bear Rock Glen
10     Escondido, CA 92026

11     I certify, under penalty of perjury under the laws of the State of Washington, that the

12 foregoing is true and correct.

13     DATED this 6th day of February, 2026, at Seattle, Washington.

14
                                    /s/ Bob Hyde
15                                  BOB HYDE
                                    Assistant Attorney General
16

17

18

19

20

21

22

23

24

25

26

PARTIAL SATISFACTION OF
JUDGMENT - 4
(2:21-cv-00728-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744